UNITED STATES of America,
Plaintiff–Appellee,

v.

Maria Yanibe MONTILLA,
Defendant–Appellant.

No. 88–5177.

United States Court of Appeals,
Ninth Circuit.

July 12, 1990.

Before WALLACE, FARRIS and
BEEZER, Circuit Judges.

ORDER

By order filed April 20, 1989, the mandate was stayed in this cause pending a decision of the United States Supreme Court in *United States v. Munoz–Flores*, 863 F.2d 654 (9th Cir.1988). The Supreme Court's opinion in *United States v. Munoz–Flores*, —— U.S. ——, 110 S.Ct. 1964, 109 L.Ed.2d 384 (1990), reverses the decision in *Munoz–Flores*. Accordingly, our opinion in the above cause at 870 F.2d 549 (9th Cir.1989) is amended by striking all of part V and substituting the following:

V

The district court ordered Montilla to pay a mandatory special assessment of $50 pursuant to 18 U.S.C. § 3013(a)(2)(A) (1984). This assessment was proper. *Munoz–Flores*, —— U.S. ——, 110 S.Ct. 1964, 109 L.Ed.2d 384 (1990).

The mandate shall issue forthwith.

AFFIRMED.